```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 00153
    STANLEY THOMPSON SR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5300

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/07/2006 and was confirmed 03/13/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    CURRENT MORTG          .00              .00            .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE      1265.31              .00        1265.31
HSBC AUTO FINANCE        SECURED           21493.73          7768.32       11774.92
CAPITAL ONE AUTO FINANCE SECURED            6500.00          3167.50        3463.82
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED              .00            .00
AAA CHECKMATE            UNSEC W/INTER    NOT FILED              .00            .00
BROTHER LOAN & FINANCE   UNSEC W/INTER       559.32            84.17          72.71
SIR FINANCE              UNSEC W/INTER       952.00           142.87         123.84
ROUNDUP FUNDING LLC      UNSEC W/INTER       166.42            25.22          21.57
LVNV FUNDING LLC         UNSEC W/INTER      1157.04           160.23         150.51
ECAST SETTLEMENT CORP    UNSEC W/INTER      1538.87           231.10         200.17
PREMIER BANCARD CHARTER  UNSEC W/INTER       369.23            55.56          47.98
FIRST NATIONAL CREDIT CA UNSEC W/INTER    NOT FILED              .00            .00
CAPITAL ONE              UNSEC W/INTER       192.45            29.13          24.95
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER       395.47            59.60          51.41
ECAST SETTLEMENT CORP    UNSEC W/INTER       555.91            83.65          72.26
AMERICAN GENERAL FINANCE UNSEC W/INTER    NOT FILED              .00            .00
ARONSON FURNITURE        SECURED NOT I       187.00              .00            .00
BLUE HIPPO FUNDING LLC   UNSEC W/INTER    NOT FILED              .00            .00
BAY FINANCE COMPANY      SECURED NOT I       808.98              .00            .00
CAPITAL ONE AUTO FINANCE UNSEC W/INTER       721.68           108.35          93.87
NCO FINANCIAL            UNSEC W/INTER       857.66           128.71         111.56
NCO FINANCIAL            UNSEC W/INTER       656.72            90.90          85.43
NCO FINANCIAL SYSTEMS IN NOTICE ONLY      NOT FILED              .00            .00
B-LINE LLC               UNSEC W/INTER      1244.81           165.08         161.92
ARONSON FURNITURE        UNSEC W/INTER       160.00            15.66          20.80
MARTIN J OHEARN          DEBTOR ATTY       2,500.00                        2,500.00
TOM VAUGHN               TRUSTEE                                           2,159.92
DEBTOR REFUND            REFUND                                                 .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 00153 STANLEY THOMPSON SR
```

```
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   34,719.00

PRIORITY                                              .00
SECURED                                         16,504.05
    INTEREST                                    10,935.82
UNSECURED                                        1,238.98
    INTEREST                                     1,380.23
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                             2,159.92
DEBTOR REFUND                                         .00
                          ---------------    ---------------
TOTALS                    34,719.00             34,719.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/05/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                          PAGE   2
       CASE NO. 06 B 00153 STANLEY THOMPSON SR